Please stand by, the Givens Chamber will call the roll.